Roberta Spangler, Appellee, v. L. A. Blackburn and
L. C. Blackburn, Trading as G. W. Blackburn and
Company, Appellants.

Gen. No. 9,446.

opinion filed August 3, 1939. Steely, Steely, Graham & Dysert and
Malo & Bell, for appellants; H. M. Steely, Jr., Wallace J. Bell and
Stephen C. Malo, of counsel; Roscoe C. South, for appellee; McInerney,
Epstein & Arvey, of counsel. Opinion by JUSTICE WOLFE. ''Not to be
published in full.''

Robert W. Petterson, Appellant, v. R. J. Cannell,
Appellee.

Gen. No. 9,396.

opinion filed August 18, 1939. Miller & Thomas, for appellant;
L. C. Miller, of counsel; Frank E. Maynard, for appellee. Opinion by
JUSTICE HUFFMAN. ''Not to be published in full.''